UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LJUBICA RAJKOVIĆ                        )
       - Plaintiff PRO SE        )
   v.                                   )   CIVIL ACTION No.11-1508 (RMC)
F.B.I.                                  )
       - Defendants et al.,      )

PLAINTIFF'S MOTION TO EXTEND TIME
TO RESPOND TO DEFENDANTS' LETTER OF 11/15/2011

AND

PLAINTIFF'S MOTION FOR COURT'S LEAVE

Per Rule 6(b)(1)(B) FRCP Plaintiff PRO SE hereby moves for the extension of the thirty (30) days Defendants' request for response to their letter of 11/15/2011 refered to in their Second Motion to Extend Time to Respond to Plaintiff's Complaint dated November 22, 2011.

Since the Plaintiff PRO SE has not been served with any of the court orders in this proceeding in violation of Rule 5(a)(1)(A) and Rule 77 (d)(1) FRCP, Plaintiff PRO SE wishes to protect her rights by joining her claims pursuant to Rule 18(a) FRCP. Therefore, she moves for the court's leave per Rule 15(a)(2) FRCP allowing her to amend her pleading which she mailed on July 28, 2011.

WHEREFORE, Plaintiff PRO SE requests that the time for her response to Defendents' letter of November 15, 2011 be extended to within thirty (30) days after Plaintiff's receipt of their answer to her complaint which they plan to submit by January 18, 2012.

Plaintiff PRO SE,

*[signature]*

Ljubica Rajković

Dated: December 15, 2011

RECEIVED
Mail Room
DEC 28 2011

CERTIFICATE OF SERVICE

I hereby certify that on this ___15th day of December, 2011___ I served the following Defendants with Plaintiff's Motion to Extend Time to Respond to Defendants' Letter of 11.15.2011 and Motion for Court's Leave by air-mail from Beograd, Serbia to the address provided:

>Ronald C. Machen Jr.
>U.S. Attorney for the District of Columbia
>
>Rudolph Contreras
>Chief, Civil Division
>
>Damarr M. Butler
>Special Assistant U.S. Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>U. S. A.

Plaintiff PRO SE,

*[signature]*

Ljubica Rajković